AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

ChangXin Memory Technologies, Inc.
*Plaintiff*
v.
U.S. Department of Defense et al.
*Defendant*

Case No. 1:26-cv-03025-JEB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff ChangXin Memory Technologies, Inc. .

Date: 09/22/2026

/s/ Jacob C. Beach
*Attorney's signature*

Jacob C. Beach (D.C. Bar No. 90013937)
*Printed name and bar number*

555 13th Street NW, Suite 600
Washington, D.C. 20004
*Address*

jacobbeach@quinnemanuel.com
*E-mail address*

(202) 538-8000
*Telephone number*

(202) 538-8100
*FAX number*