AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| ChangXin Memory Technologies, Inc.<br>*Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-03025-JEB |
| U.S. Department of Defense et al.<br>*Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff ChangXin Memory Technologies, Inc. .

Date: 09/22/2026

/s/ Jianjian Ye
*Attorney's signature*

Jianjian Ye (NY Bar No. 5699996)
*Printed name and bar number*

295 5th Ave, 9th Floor
New York, NY 10016
*Address*

jianjianye@quinnemanuel.com
*E-mail address*

(212) 849-7000
*Telephone number*

(212) 849-7100
*FAX number*