AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

ChangXin Memory Technologies, Inc.
*Plaintiff*
v.
U.S. Department of Defense et al.
*Defendant*

Case No. 1:26-cv-03025-JEB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff ChangXin Memory Technologies, Inc. .

Date: 09/22/2026

/s/ Samuel P. Nitze
*Attorney's signature*

Samuel P. Nitze (NY Bar No. 4859443)
*Printed name and bar number*

295 5th Ave, 9th Floor
New York, NY 10016
*Address*

samuelnitze@quinnemanuel.com
*E-mail address*

(212) 849-7000
*Telephone number*

(212) 849-7100
*FAX number*